IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSIA HAYS,<br><br>     Plaintiff,<br><br>vs.<br><br>CHOCHITI PROPERTIES, INC,<br><br>     Defendant. | Case No. 4:06-cv-00009-RRB<br><br>ORDER OF DISMISSAL |

On March 30, 2006, Melissia Hays, representing herself, filed a petition to set aside a state court judgment.[1] This Court, however, and has no jurisdiction in the matter.[2] If Ms. Hays is not satisfied with a final order or decision of a state court, her remedy is in an appeal in the state courts.

IT IS THEREFORE ORDERED that this action is DISMISSED with prejudice.

ENTERED this 13th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docket No. 1.

[2] *See Worldwide Church of God v. McNair*, 805 F.2d 888, 890 (9th Cir. 1986) (citing, inter alia, *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 476 (1983)) (a United States district court "has no authority to review the final determinations of a state court in judicial proceedings," even where the challenge to the state court decision involves federal constitutional issues)); *Doe & Associates Law Offices v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir. 2001) ("As courts of original jurisdiction ... federal district courts lack jurisdiction to review the final determinations of a state court in judicial proceedings.").