UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MELISSIA HAYS,

    Plaintiff,

v.

CHOCHITI PROPERTIES, INC.,

    Defendant.

Case Number 4:06-cv-00009-RRB

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is DISMISSED with prejudice.

APPROVED:

REDACTED SIGNATURE

RALPH R. BEISTLINE
United States District Judge

4/13/06
Date

Ida Romack
Clerk of Court

_____
(By) Deputy Clerk

[hays 09 judgment.wpd]{JMT.WPT*Rev.1/97}