James R. Bullock
Individually and Attorney for Chochiti Properties Inc.
319 Colorado Ave. Suite B; P.O. Box 409
La Junta, Colorado 81050
Phone: (719) 384-6700,Fax: (719) 384-8607
Jim@Bullocklawoffice.com

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Melissia Hays, Plaintiff | Case No. 4:06-cv-0009-RRB |
| v. | |
| Chochiti Properties Inc., James R. Bullock and the Otero County District Court | |

MOTION TO PERMIT COUNSEL TO APPEAR AND PARTICIPATE
PURSUANT TO D.Ak. LR 83.1

COMES NOW James R. Bullock, on behalf of Chochiti Properties Inc. and individually and pursuant to D. Ak. LR 83.1 (d)(1)(B) moves this Court for an order permitting the undersigned to appear and participate in this action without the necessity of appearing with local counsel, and in support of this motion states and alleges as follows:

1.  The undersigned counsel is a member of the Colorado Bar Association and is permitted to appear before the Federal District Court in and for the District of Colorado.

2.  Chochiti Properties, Inc. and the undersigned counsel in his individual capacity have been served with a summons to appear and respond to the above captioned action.

3.  This action has no merit and fails to state a claim upon which relief can be granted.

4.  The necessity of retaining local counsel will only increase the expenses incurred in defending

this frivolous action.

5.      This motion is accompanied by the affidavit of the undersigned required pursuant to D. Ak. LR 83.1 (d)(4)

WHEREFORE the undersigned prays for an order of this Court permitting the undersigned to appear and participate in the above captioned action without the necessity of local counsel, and for such further relief as to this Court seems just and proper.

                                        RESPECTFULLY SUBMITTED

                                        James R. Bullock