James R. Bullock
Individually and Attorney for Chochiti Properties Inc.
319 Colorado Ave. Suite B; P.O. Box 409
La Junta, Colorado 81050
Phone: (719) 384-6700,Fax: (719) 384-8607
Jim@Bullocklawoffice.com

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Melissia Hays, Plaintiff | Case No. 4:06-cv-0009-RRB |
| v. | |
| Chochiti Properties Inc., James R. Bullock and the Otero County District Court    Defendants | |

AFFIDAVIT IN SUPPORT OF MOTION TO PERMIT COUNSEL TO APPEAR AND PARTICIPATE PURSUANT TO D.Ak. LR 83.1

COMES NOW James R. Bullock, and being first duly sworn upon oath, deposes and states as follows:

1.  The affiant is known by the following names:

    James Richard Bullock, James R. Bullock, and Jim Bullock.

2.  The affiant's office address is as follows:

    319 Colorado Avenue, Suite B
    La Junta, Colorado 81050

3.  The affiant's home residence address is as follows:

    37 Chaparral Circle
    La Junta, Colorado 81050

4.  The affiant is currently licensed to practice law in the state of Colorado and the Federal

District Court in and for the District of Colorado.

5. The affiant is not the subject of any pending disciplinary action in any jurisdiction or before any court to which the affiant has been admitted to practice.

6. The affiant was previously licensed to practice law in the state of New Mexico, but has allowed the license to expire.

7. Attached hereto and by this reference is incorporated herein as though set forth in full is a certificate of good standing issued by the Colorado Supreme Court.

Futher affiant sayeth naught.

James R. Bullock

The foregoing instrument and statements were subscribed and sworn to before me this 4th day of May, 2006, by James R. Bullock.

Witness my hand and official seal.

My commission expires: My Commission Expires 4/25/2007

Karla R. Knoell
Notary Public



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, _Susan J. Festag_ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__JAMES RICHARD BULLOCK__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___30th___ day of ___October___ A. D. ___1984___ and that at the date hereof the said ___JAMES RICHARD BULLOCK___ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___24th___ day of ___April___ A. D. ___2006___

*Susan J. Festag*

Clerk

By _Karen Fritsche_

Deputy Clerk