James R. Bullock
Individually and Attorney for Chochiti Properties Inc.
319 Colorado Ave. Suite B; P.O. Box 409
La Junta, Colorado 81050
Phone: (719) 384-6700,Fax: (719) 384-8607
Jim@Bullocklawoffice.com



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Melissia Hays, Plaintiff | Case No. 4:06-cv-0009-RRB |
| v. | |
| Chochiti Properties Inc., James R. Bullock and the Otero County District Court, Defendants. | |

MOTION TO DISMISS PURSUANT TO RULE 12

COMES NOW the Defendants Chochiti Properties Inc. and James R. Bullock by and through James R. Bullock and pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves this Court for an order dismissing the above captioned action and in support of said motion states as follows:

1.      These Defendants were served with summons and a petition attempting to set aside a judgment entered in the District Court in and for Otero County, State of Colorado.

2.      This action attempts to set aside a valid judgment entered in the state of Colorado. These Defendants have no connection to the state of Alaska, they do no business in the state of Alaska and the property which was the subject of the Colorado action is located in Otero County, Colorado. Pursuant to Colorado law all necessary parties were subject to the jurisdiction of the Colorado Courts.

3.      The Plaintiff now attempts to litigate in this forum, legal issues previously decided in the

state courts of Colorado. Any appeal or review of the Colorado action may only be taken in the United State Supreme Court, and may not be litigated in this forum. See, *Lance v. Dennis*, 126 S.Ct. 1198, 163 L.Ed.2d 1059 (U.S. 02/21/2006) which cites, *District of Columbia Court of Appeals v. Feldman*, 460 U. S. 462, 482 (1983) , and *Rooker v. Fidelity Trust Co.*, 263 U. S. 413, 416 (1923). Pursuant to those cases, and pursuant to what has come to be known as the Rooker-Feldman doctrine, lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments.

4. There is no basis for this Court to assume jurisdiction, and this action should be dismissed.

5. The actions of the Plaintiff in this case are frivilious, vexatious and Defendants should be granted their attorney's fees and cost in defending this action.

WHEREFORE, these Defendants pray for an order of this Court finding that this Court has no jurisdiction in this matter, that the actions of the Plaintiff are frivilious, vexatious and without merit, that this action be dismissed and that these Defendants be awarded their attorney's fees and costs incurred in this action.

RESPECTFULLY SUBMITTED

*James R. Bullock*
James R. Bullock