James R. Bullock
Individually and Attorney for Chochiti Properties Inc.
319 Colorado Ave. Suite B; P.O. Box 409
La Junta, Colorado 81050
Phone: (719) 384-6700,Fax: (719) 384-8607
Jim@Bullocklawoffice.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Melissia Hays, Plaintiff | Case No. 4:06-cv-0009-RRB |
| v. | |
| Chochiti Properties Inc., James R. Bullock and the Otero County District Court,   Defendants | |

ORDER GRANTING MOTION TO DISMISS

THIS MATTER coming before the Court on the motion to dismiss filed by the Defendants Chochiti properties, Inc and James R. Bullock, the Court having considered said motion and being fully advised in the premises does hereby order:

This Court has no jurisdiction in this matter, and the motion to dismiss should be granted. It is further ordered that the actions of the Plaintiff are frivolous and the Defendants Chochiti Properties Inc. and James R. Bullock shall be awarded their attorney's fees and costs herein upon the submission of an affidavit setting forth all fees and costs incurred.

IT IS THEREFORE ADJUDGED AND DECREED that this action is hereby dismissed with prejudice.

DATED:_____

_____
DISTRICT COURT JUDGE