James R. Bullock
Individually and Attorney for Chochiti Properties Inc.
319 Colorado Ave. Suite B; P.O. Box 409
La Junta, Colorado 81050
Phone: (719) 384-6700, Fax: (719) 384-8607
Jim@Bullocklawoffice.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Melissia Hays, Plaintiff | Case No. 4:06-cv-0009-RRB |
| v. | |
| Chochiti Properties Inc., James R. Bullock and the Otero County District Court   Defendants | |

## CERTIFICATE OF MAILING

I certify that a true and correct copy of the Motion to permit counsel to appear and participate pursuant to d.ak. Lr 83.1; Affidavit in support of motion to permit counsel to appear and participate pursuant to d.ak. Lr 83.1; Motion to dismiss pursuant to rule 12; Order granting motion to dismiss was mailed to:

Melissia Hays
280 Bently Drive
Fairbanks, Alaska 99701

by depositing the same in a United States Postal Service Depository by regular mail, properly addressed, with sufficient postage affixed thereto, this ___8th___ day of May, 2006, at La Junta, Colorado.

_____
James R. Bullock

The foregoing instrument and statements were subscribed and sworn to before me this _8th_ day of May, 2006, by James R. Bullock.

Witness my hand and official seal.

My commission expires: _____

My Commission Expires
4/25/2007

_____
Karla R Knoell
Notary Public